WINFIELD S. TAYLOR et al., Respondents, *v.* BERNARD F. GUINAN, Appellant.

Reported below, 141 App. Div. 921.
(Argued April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 28, 1910, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for labor performed and materials furnished.

The motion was made upon the grounds that the judgment was not appealable; that the exceptions were frivolous; that no question of law was involved, and that the appeal was taken only for delay.

*George L. Robinson* for motion.

*H. B. Philbrook* opposed.

Motion denied, with ten dollars costs.